IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Civil Action No. 06-CV-02297-PSF-DLW

PETER A. LEININGER, M.D.,

Plaintiff,

vs.

SHERRY TYNER, LLC and SHERRY LEA BACUS a/k/a SHERRY LEA TYNER, SHERRY L. TYNER, SHERRY TYNER, SHERRY L. BACUS and SHERRY BACUS; EDWARD J. MURRAY, as Public Trustee of La Plata County, Colorado,

Defendants.

## ORDER OF RECUSAL

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The above-referenced case was referred to the Magistrate Judge by an Order of Reference to Magistrate Judge entered on November 27, 2006.

The Magistrate Judge has a conflict of interest in conducting proceedings in this case due to the fact that counsel for the Defendants who recently entered his appearance has been and is counsel for businesses entirely and partly owned by the Magistrate Judge.

**IT IS HEREBY ORDERED** that Magistrate Judge David L. West recuses himself from conducting proceedings in this case and requests that Judge Phillip S. Figa enter an Order of Reference re-assigning this matter to another Magistrate Judge.

**DATED: January 29, 2007**

BY THE COURT:

s/David L. West
United States Magistrate Judge