IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 06-cv-02297-CBS-GJR

PETER A. LEININGER, M.D.,
    Plaintiff,
v.

SHERRY TYNER, LLC, and
SHERRY LEA BACUS a/k/a Sherry L. Tyner, Sherry L. Tyner, Sherry Tyner, Sherry L. Bacus, and Sherry Bacus, and
EDWARD J. MURRAY, as Public Trustee of La Plate County, Colorado,
    Defendants,
and

SHERRY TYNER, LLC, and
SHERRY LEA BACUS a/k/a Sherry L. Tyner, Sherry L. Tyner, Sherry Tyner, Sherry L. Bacus, and Sherry Bacus,
    Counterclaim Plaintiffs,
v.

PETER A. LEININGER, M.D.,
    Counterclaim Defendant.

---

DISMISSAL ORDER

---

This civil action comes before the court on the parties' "Stipulation of Dismissal" (filed October 29, 2007) (doc. # 56). The court now being sufficiently advised in the premises, IT IS ORDERED that:

    1.    The parties' Stipulation is approved.

    2.    The lis pendens recorded March 19, 2007 as Reception Number 953508 in the Real Estate Records of La Plata County, Colorado shall be released.

    3.    This civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear her or its own attorney fees and costs.

Dated at Denver, Colorado this 29th day of October, 2007.

By the Court:

   s/Craig B. Shaffer
United States Magistrate Judge